IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
_____

| | |
|---|---|
| FREDRIC RUSSELL MANCE, JR. *et al.*, | |
| | |
| VS. | Civil Action No. 4:14-CV-00539-O |
| | |
| ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES, and B. TODD JONES, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES | |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Defendants Eric Holder, Attorney General of the United States, and B. Todd Jones, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion and Order and Final Judgment entered on February 11, 2015 [ECF Nos. 40, 41].

Dated:  April 10, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Acting Assistant Attorney General

JOHN R. PARKER
Acting United States Attorney

  /s/ Daniel Riess
JOHN TYLER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530

Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On April 10, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

 /s/ Daniel Riess
Daniel Riess