15-10311

FREDRIC RUSSELL MANCE, JR.; TRACEY AMBEAU HANSON; ANDREW HANSON; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,

    Plaintiffs - Appellees

v.

LORETTA LYNCH, U. S. ATTORNEY GENERAL; THOMAS E. BRANDON, Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,

    Defendants - Appellants