# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 07, 2015

Mr. Alan Gura
Gura & Possessky, P.L.L.C.
105 Oronoco Street
Suite 305
Alexandria, VA 22314-0000

Mr. William Bryan Mateja
Fish & Richardson, P.C.
1717 Main Street
Bank One Center
Suite 5000
Dallas, TX 75201

Ms. Tara S. Morrissey
Mr. Michael S. Raab
Mr. Mark Bernard Stern
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Daniel M. Riess
U.S. Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

No. 15-10311    Fredric Mance, Jr., et al v. Loretta Lynch, et al
                USDC No. 4:14-CV-539

Dear Counsel:

Attached is a revised caption to be used in all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694