# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 16, 2015

Ms. Tara S. Morrissey
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

> No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
> USDC No. 4:14-CV-539

Dear Ms. Morrissey,

The following pertains to your brief electronically filed on July 13, 2015.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:
　Mr. Alan Gura
　Mr. William Bryan Mateja
　Mr. Michael S. Raab
　Mr. Daniel M. Riess
　Mr. Mark Bernard Stern