# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 16, 2015

Ms. Tara S. Morrissey
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

>    No. 15-10311    Fredric Mance, Jr., et al v. Loretta Lynch,
>                    et al
>                    USDC No. 4:14-CV-539

Dear Ms. Morrissey,

The following pertains to your record excerpts electronically
filed on **July 13, 2015.**

You must submit the four (4) paper copies of your record excerpts
required by 5ᵗʰ Cɪʀ. R. 30.1.2 within five (5) days of the date of
this notice pursuant to 5th Cir. ECF Filing Standard E.1.  **We
remind attorneys that the paper copies of record excerpts filed
with the court must contain physical tabs that extend beyond the
edge of the document to facilitate easy identification and review
of tabbed documents. See 5TH Cir. R.30.1.7(c).**

Failure to timely provide the appropriate number of copies may
result in the dismissal of your appeal pursuant to 5ᵗʰ Cɪʀ. R. 42.3.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Nancy F. Dolly, Deputy Clerk
                    504-310-7683

cc:
        Mr. Alan Gura
        Mr. William Bryan Mateja
        Mr. Michael S. Raab
        Mr. Daniel M. Riess
        Mr. Mark Bernard Stern