# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 17, 2015

Ms. Tara S. Morrissey
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
                           USDC No. 4:14-CV-539

Dear Ms. Morrissey,

The following pertains to the paper copies of your brief received on **July 17, 2015.**

We received your paper copies of your brief, however, it must be corrected by **July 22, 2015.**

**You May:**

1. Send someone to this office to correct the briefs;

2. Send someone to pick up the briefs, correct and return them;

3. Send a self-addressed stamped envelope and we will return your briefs, (we will tell you the postage cost on request). You must then mail the corrected briefs to this office;

4. Send corrected briefs and we will recycle those on file.

**You need to correct:**

Your brief has the wrong color cover. The color should be **BLUE**, see FED R. APP. P. 32(a)(2).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:
    Mr. Alan Gura
    Mr. William Bryan Mateja
    Mr. Michael S. Raab
    Mr. Daniel M. Riess
    Mr. Mark Bernard Stern