# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 23, 2015

Mr. Sean Abram Lev
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W.
Sumner Square
Suite 400
Washington, DC 20036

    No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
    USDC No. 4:14-CV-539

Dear Mr. Lev,

The following pertains to your Amicus brief electronically filed on July 20, 2015.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Shawn D. Henderson, Deputy Clerk
    504-310-7668

cc:
    Mr. Alan Gura
    Mr. William Bryan Mateja
    Ms. Tara S. Morrissey
    Mr. Michael S. Raab
    Mr. Daniel M. Riess
    Mr. Mark Bernard Stern