# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 23, 2015

Mr. John Sorrenti  
Covington & Burling, L.L.P.  
850 10th Street, N.W.  
1 City Center  
Washington, DC 20001-4956

    No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al  
    USDC No. 4:14-CV-539

Dear Mr. Sorrenti,

The following pertains to your Amicus brief electronically filed on July 20, 2015.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Certificate of interested persons, see 5TH CIR. R. 28.2.1.

Once you have prepared your sufficient brief, you must email it to: Shawn_Henderson@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____  
    Shawn D. Henderson, Deputy Clerk  
    504-310-7668

cc:  
    Mr. Alan Gura  
    Mr. Sean Abram Lev  
    Mr. William Bryan Mateja  
    Ms. Tara S. Morrissey

Mr. Michael S. Raab
Mr. Daniel M. Riess
Mr. Mark Bernard Stern