# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 21, 2015

Mr. Sean Abram Lev
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W.
Sumner Square
Suite 400
Washington, DC 20036

    No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
                       USDC No. 4:14-CV-539

Dear Mr. Lev,

We received your consent Motion for Leave to File Brief of the Brady Center to Prevent Gun Violence as Amicus Curiae in Support of Defendants-Appellants. We are taking no action on this motion, since you have the consent of all the parties, it is unnecessary.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary C. Stewart, Deputy Clerk
                            504-310-7694

cc:
    Mr. Alan Gura
    Mr. William Bryan Mateja
    Ms. Tara S. Morrissey
    Mr. Michael S. Raab
    Mr. Daniel M. Riess
    Mr. Mark Bernard Stern