# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 27, 2015

Mr. John Sorrenti  
Covington & Burling, L.L.P.  
850 10th Street, N.W.  
1 City Center  
Washington, DC 20001-4956

    No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al  
    USDC No. 4:14-CV-539

Dear Mr. Sorrenti,

Your electronically filed amicus brief has been reviewed and is now sufficient.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Shawn D. Henderson, Deputy Clerk  
504-310-7668

cc:  
    Mr. Alan Gura  
    Mr. Sean Abram Lev  
    Mr. William Bryan Mateja  
    Ms. Tara S. Morrissey  
    Mr. Michael S. Raab  
    Mr. Daniel M. Riess  
    Mr. Mark Bernard Stern