# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 19, 2015

Mr. Alan Gura
Gura & Possessky, P.L.L.C.
105 Oronoco Street
Suite 305
Alexandria, VA 22314-0000

    No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
                     USDC No. 4:14-CV-539

Dear Mr. Gura,

The following pertains to your brief electronically filed on August 17, 2015.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Nancy F. Dolly, Deputy Clerk
                              504-310-7683

cc:
    Mr. Sean Abram Lev
    Mr. William Bryan Mateja
    Ms. Tara S. Morrissey
    Mr. Michael S. Raab
    Mr. Daniel M. Riess
    Mr. John Sorrenti
    Mr. Mark Bernard Stern