**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 19, 2015

Mr. Alan Gura
Gura & Possessky, P.L.L.C.
105 Oronoco Street
Suite 305
Alexandria, VA 22314-0000

    No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
                     USDC No. 4:14-CV-539

Dear Mr. Gura,

The following pertains to your record excerpts electronically filed on August 17, 2015.

You must submit the four (4) paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents. See 5TH Cir. R.30.1.7(c).**

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Nancy F. Dolly, Deputy Clerk
                    504-310-7683

cc:
    Mr. Sean Abram Lev
    Mr. William Bryan Mateja
    Ms. Tara S. Morrissey
    Mr. Michael S. Raab
    Mr. Daniel M. Riess
    Mr. John Sorrenti
    Mr. Mark Bernard Stern