# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 26, 2015

Mr. Charles Justin Cooper  
Cooper & Kirk, P.L.L.C.  
1523 New Hampshire Avenue, N.W.  
Suite 750  
Washington, DC 20036-0000

    No. 15-10311    Fredric Mance, Jr., et al v. Loretta Lynch, et al  
                         USDC No. 4:14-CV-539

Dear Mr. Cooper,

The following pertains to your brief electronically filed on **August 24, 2015.**

We filed your brief. However, you must make the following corrections by **August 31, 2015.**

**You need to correct or add:**

1) Caption on the brief does not agree with the caption of the case in compliance with Fed R. App. P. 32(a)(2)(C). **(See Caption Below)**

**\*\*NOTE\*\*** Once you have prepared your sufficient brief, you must email it to: Nancy_Dolly@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc: Mr. Alan Gura
    Mr. Sean Abram Lev
    Mr. William Bryan Mateja
    Ms. Tara S. Morrissey
    Mr. Michael S. Raab
    Mr. Michael L. Rice
    Mr. Daniel M. Riess
    Mr. John Sorrenti
    Mr. Mark Bernard Stern

**THIS COURT'S CAPTION**

FREDRIC RUSSELL MANCE, JR.; TRACEY AMBEAU HANSON; ANDREW HANSON; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,

    Plaintiffs - Appellees

v.

LORETTA LYNCH, U. S. ATTORNEY GENERAL; THOMAS E. BRANDON, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,

    Defendants - Appellants