# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 26, 2015

Mr. Michael L. Rice
Simon, Ray & Winikka, L.L.P.
500 N. Akard Street
Suite 2860
Dallas, TX 75201

    No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
                          USDC No. 4:14-CV-539

Dear Mr. Rice,

The following pertains to your brief electronically filed on **August 24, 2015.**

We filed your brief. However, you must make the following corrections by **August 31, 2015.**

**You need to correct or add:**

1) Summary of argument, see FED R. APP. P. 28(a)(7).

2) Record References: Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. Although your brief contains citations to the record, they are not in proper form. (See 5TH CIR. R. 28.2.2)

    Also, you must electronically file a "Form for Appearance of Counsel". You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

**NOTE** Once you have prepared your sufficient brief, you must email it to: Nancy_Dolly@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:
    Mr. Alan Gura
    Mr. Sean Abram Lev
    Mr. William Bryan Mateja
    Ms. Tara S. Morrissey
    Mr. Michael S. Raab
    Mr. Daniel M. Riess
    Mr. John Sorrenti
    Mr. Mark Bernard Stern