# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 25, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
                 USDC No. 4:14-CV-539

The court has granted an unopposed extension of time to and including September 17, 2015 Only for filing a reply brief in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary C. Stewart, Deputy Clerk
                        504-310-7694

Mr. Alan Gura
Mr. Sean Abram Lev
Mr. William Bryan Mateja
Ms. Tara S. Morrissey
Mr. Michael S. Raab
Mr. Daniel M. Riess
Mr. John Sorrenti
Mr. Mark Bernard Stern