# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 26, 2015

Mr. Michael L. Rice
Simon, Ray & Winikka, L.L.P.
500 N. Akard Street
Suite 2860
Dallas, TX 75201

   No. 15-10311   Fredric Mance, Jr., et al v. Loretta Lynch, et al
                  USDC No. 4:14-CV-539

Dear Mr. Rice,

Your electronically filed Amicus Brief has been reviewed and is deemed sufficient.

You must submit the seven (7) paper copies of your brief required by 5th Cir. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:
   Mr. Alan Gura
   Mr. Sean Abram Lev
   Mr. William Bryan Mateja
   Ms. Tara S. Morrissey
   Mr. Michael S. Raab
   Mr. Daniel M. Riess
   Mr. John Sorrenti
   Mr. Mark Bernard Stern