# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 31, 2015

TO COUNSEL LISTED BELOW:

   No. 15-10311 - Fredric Mance, Jr., et al vs.
                Loretta Lynch, et al
   ---------------------------------------------

Dear Counsel,

The panel assigned to hear oral argument in this case on Wednesday, January 6, 2016, has directed that you be prepared to discuss the standing of each of the Plaintiffs-Appellants, particularly in light of the Fourth Circuit's decision in *Lane v. Holder*, 703 F.3d 668 (4th Cir. 2012), and our Court's decision in *National Rifle Association of America, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 700 F.3d 185 (5th Cir. 2012).

Please contact me if you have any questions.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        /s/ Geralyn A. Maher
            By: _____
                        Geralyn A. Maher
                        Calendar Clerk
                        504-310-7630

Mr. Alan Gura
Mr. Mark Bernard Stern

cc:  Ms. Pam Trice